IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEN SEXSON,

    Plaintiff,

v.                                                          Civ. No. 13-944 KBM/GBW

DOUGLAS C. WOOD, *et al.*,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. On January 8, 2015, the Court entered an Order scheduling a telephonic status conference for January 14, 2015, at 1:30 p.m. to discuss setting a settlement conference in this matter. *Doc. 21*. Although counsel for Plaintiff appeared for the status conference, Defense counsel did not do so.

The Court has the inherent power to sanction parties for litigation activities undertaken in bad faith in order to "maintain[ ] the authority and dignity of the court." *Roadway Exp., Inc. v. Piper*, 447 U.S. 752, 764 (1980) (citation and quotation omitted). Further, the Court may assess sanctions under its inherent power where an attorney willfully disobeys a court order. *Chambers v. NASCO, Inc.*, 501 U.S. 32, 45 (1991).

In light of the forgoing, IT IS HEREBY ORDERED that Defendants shall show cause in writing not later than **January 20, 2015**, why the Court should not assess sanctions against them and/or their counsel.

IT IS SO ORDERED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE